**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **In Home Personal Services, Inc.,** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **76-0749809** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3506 Carlisle Lane** <br> **Carpentersville, IL 60110** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kane** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)   _____

6.  **Type of debtor**

  �■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

  ☐ Partnership (excluding LLP)

  ☐ Other. Specify: _____

Debtor __In Home Personal Services, Inc.,__  Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____

District _____ When _____ Case number _____

Debtor   **In Home Personal Services, Inc.,**    Case number (*if known*) _____
        Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **In Home Personal Services, Inc.,**                              Case number (*if known*)
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor    **In Home Personal Services, Inc.,**                                    Case number (*if known*) _____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 15, 2024**
MM / DD / YYYY

**X /s/ Michael Collura**                              **Michael Collura**
Signature of authorized representative of debtor        Printed name

Title    **President**

---

**18. Signature of attorney**

**X /s/ James A.Young**                        Date    **June 15, 2024**
Signature of attorney for debtor                      MM / DD / YYYY

**James A.Young**
Printed name

**James Young Law**
Firm name

**85 Market Street**
**Elgin, IL 60123**
Number, Street, City, State & ZIP Code

Contact phone    **847-608-9526**        Email address    **jyoung@jamesyounglaw.com**

**6217342 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **In Home Personal Services, Inc.,**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 15, 2024**          X **/s/ Michael Collura**
Signature of individual signing on behalf of debtor

**Michael Collura**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **In Home Personal Services, Inc.,** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Amos Financial LLC 3330 Skokie Valley Rd Ste 301 Highland Park, IL 60035** | | **IL 18-2230 Ponite Blvd-100 Rent and late fees** | **Disputed** | | | **$102,191.00** |
| **AT&T POBox 5080 Carol Stream, IL 60197** | | **Business Utlity** | **Disputed** | | | **$22,000.00** |
| **Burke Warren MacKay 330 N Wabash Ste 2100 Chicago, IL 60611** | | **Legal Services** | **Disputed** | | | **$5,420.00** |
| **Chase POBox 15298 Wilmington, DE 19850** | | **Business Services** | **Disputed** | | | **$0.00** |
| **Chase Bank POBox 15298/ Wilmington, DE 19850-5298** | | **Revolving** | **Disputed** | | | **$17,590.00** |
| **Chase Bank Attn BK Dept POBox 15298 Wilmington, DE 19850** | | **Revolving** | **Disputed** | | | **$7,108.34** |
| **ClearCare 150 Spear St Ste 1550 San Francisco, CA 94105** | | **Business Services** | **Disputed** | | | **$11,000.00** |
| **Comcast POBox 4928 Oakbrook, IL 60522-4928** | | **Utiity-Unknown basis Co. has not had this service for many years** | **Disputed** | | | **$78,498.00** |

| Debtor | **In Home Personal Services, Inc.,** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DCW Data Center Warehouse 23041 Avenida De La Carlota Ste 325 Laguna Hills, CA 92653** | | **DCW v Collura ?** | **Disputed** | | | $26,374.00 |
| **Dept of the Treasury Bureau of Fiscal Serivce POBox 830794 Birmingham, AL 35283-0794** | | **SBA Loan Disaster Covid -19 Ecoomic Injury** | **Disputed** | | | $2,804,502.48 |
| **IDES 33 S State St 10th Fl Chicago, IL 60603** | | **Unpaid Taxes with penalties and interest after audits** | **Disputed** | | | $135,821.24 |
| **IRS-Dept of the Treasury Ogden, UT 84201-0039** | | **Taxes Owed** | **Disputed** | | | $63,847.64 |
| **Leaf Capital Funding LLC c/o Dressler & Peters LLC 101 W Grand Ste 494 Chicago, IL 60654** | | **Breach of contract (settlement agreement) Leaf Capital Funding LLC v In Home Personal Services Inc and Michael Collura** | **Disputed** | | | $80,725.00 |
| **Paychex Inc., c/o Bond Schoeneck & King LLC 30 Linden Oaks 3rd Floor Rochester, NY 14625** | | **Services-Payroll Processing Default Judgement-breach of contract entered 3/21/24** | **Disputed** | | | $40,364.72 |
| **Proven IT c/o Vericore 1015 Kincey Ave, Ste 100 Huntersville, NC 28078** | | **Collections** | | | | $3,611.64 |
| **Ryan & Juraska LLP 141 W Jackson Blvd Chicago, IL 60604** | | **Tax Services** | **Disputed** | | | $9,525.00 |
| **The PeoplEase Group 210 Wingo Way Ste 400 Mount Pleasant, SC 29464** | | **Unpaid Invoice** | **Disputed** | | | $66,844.00 |

Debtor  **In Home Personal Services, Inc.,**                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Toyota Financial Services POBox 4700 Phoenix, AZ 85030** | | **2024 Toyota Sequoia Leased Vheicle Vin No. xxxxRX030130** | **Contingent** | **Unknown** | **Unknown** | **Unknown** |
| **United Collection Bureau Inc 5620 Southwyck Blvd Toledo, OH 43614** | | **Collection agent for JP Morgan Chase Accdt ending 8700** | | | | **$34,395.85** |

**Fill in this information to identify the case:**

Debtor name    **In Home Personal Services, Inc.,**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **77,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $     **667,226.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $     **744,226.00**

| Part 2: | Summary of Liabilities |

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $     **0.00**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **3,509,818.91**

4.   Total liabilities ...................................................................................................
    Lines 2 + 3a + 3b     $     **3,509,818.91**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **In Home Personal Services, Inc.,**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Operating Account** | **5905** | $0.00 |
| 3.2. | **Chase Bank** | **Checking** | **5330** | $27,500.00 |
| 3.3. | **Chase Bank** | **Operating Account** | **0958** | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $27,500.00 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

Debtor **In Home Personal Services, Inc.,**                    Case number *(If known)* _____
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Name

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.        **Accounts receivable**

11a. 90 days old or less:        _____ 182,000.00   -   _____ 38,000.00   = ....        _____ $144,000.00
                                                  face amount                     doubtful or uncollectible accounts

12.        **Total of Part 3.**
           Current value on lines 11a + 11b = line 12.  Copy the total to line 82.        | $144,000.00 |

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39.  **Office furniture**<br>**11 Desks and chairs, 10-15 yrs old**<br>**11 Dell PC Computer yr bought 2015**<br>**10 labtop computers @ 750.00 each** | **$8,500.00** | | **$10,000.00** |

40.        **Office fixtures**

41.        **Office equipment, including all computer equipment and**
           **communication systems equipment and software**

42.        **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
           books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
           collections; other collections, memorabilia, or collectibles

43.        **Total of Part 7.**        | $10,000.00 |
           Add lines 39 through 42.  Copy the total to line 86.

Debtor  **In Home Personal Services, Inc.,**  Case number *(If known)* _____
Name

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2013 Ford Transit Connect**<br>**Mileage 70,000 miles**<br>**Vin no. NMOLS7DXDT159499**<br>**poor condition** | **$0.00** | **Comparable sale** | **$5,700.00** |
| 47.2.  **2024 Toyota Sequoia**<br>**Leased Vheicle Vin No. xxxxRX030130** | **Unknown** | | **Unknown** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$5,700.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Debtor    **In Home Personal Services, Inc.,**    Case number *(If known)* _____
          _____
          Name

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | |
|---|---|---|---|
| 55.1. **605 BarringtonAve Unit 226 East Dundee, Illinois 60118 Pin No. 03-23-251-029 Monthly Association Dues $1,070.00** | Future interest | $0.00 | Comparable sale $77,000.00 |

56.    **Total of Part 9.**                                                          $77,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) **Q1-2021 $165,735.00 Q2-2021 $141,781.00 Q3-2021 $167,510.00**    Tax year **21** | $475,026.00 |

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor   **In Home Personal Services, Inc.,**                    Case number *(If known)* _____
‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ ‎ Name

| | |
|---|---|
| **Owed from Third Party creditor that wrongly debited account** | **$5,000.00** |

| Nature of claim | **Operating Account** |
|---|---|
| Amount requested | **$5,000.00** |

---

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$480,026.00** |

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor   **In Home Personal Services, Inc.,**       Case number *(If known)* _____
      Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $27,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $144,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,700.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...........................................................> | | $77,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $480,026.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $667,226.00 + 91b. | $77,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $744,226.00 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  **In Home Personal Services, Inc.,**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

<table>
<tr><td colspan="2"><strong>Part 1:   List Creditors Who Have Secured Claims</strong></td></tr>
</table>

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Toyota Financial Services** | | | |
|---|---|---|---|---|

Creditor's Name

**POBox 4700**
**Phoenix, AZ 85030**

Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**2024 Toyota Sequoia**
**Leased Vheicle Vin No. xxxxRX030130**

Describe the lien
**Lease see Schedule G**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/24**

**Last 4 digits of account number**
**P123**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

Column A: **Unknown**

Column B: **Unknown**

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$0.00** |

<table>
<tr><td colspan="2"><strong>Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1</strong></td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name       **In Home Personal Services, Inc.,**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Amos Financial LLC**<br>**3330 Skokie Valley Rd**<br>**Ste 301**<br>**Highland Park, IL 60035**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number **XXXXXXX** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **IL 18-2230 Ponite Blvd-100**<br>**Rent and late fees**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$102,191.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**AT&T**<br>**POBox 5080**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred **Various Dates**<br><br>Last 4 digits of account number **9764** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Business Utlity**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$22,000.00** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Burke Warren MacKay**<br>**330 N Wabash**<br>**Ste 2100**<br>**Chicago, IL 60611**<br><br>Date(s) debt was incurred **Various dates**<br><br>Last 4 digits of account number **0132** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Legal Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,420.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Chase**<br>**POBox 15298**<br>**Wilmington, DE 19850**<br><br>Date(s) debt was incurred **20**<br><br>Last 4 digits of account number **XXXXXXXXXXXXX** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Business Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

Debtor  **In Home Personal Services, Inc.,**                                    Case number (if known) _____
          Name

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,590.00 |

**Chase Bank**
**POBox 15298/**
**Wilmington, DE 19850-5298**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Revolving**

Last 4 digits of account number **0312**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,108.34 |

**Chase Bank**
**Attn BK Dept**
**POBox 15298**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Revolving**

Last 4 digits of account number **9708**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |

**ClearCare**
**150 Spear St**
**Ste 1550**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Various**

Basis for the claim: **Business Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,498.00 |

**Comcast**
**POBox 4928**
**Oakbrook, IL 60522-4928**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Utiity-Unknown basis Co. has not had this service for many years**

Last 4 digits of account number **0262**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,374.00 |

**DCW**
**Data Center Warehouse**
**23041 Avenida De La Carlota Ste 325**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **Threatened Collection**

Basis for the claim: **DCW v Collura ?**

Last 4 digits of account number **XXXXXX**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,804,502.48 |

**Dept of the Treasury**
**Bureau of Fiscal Serivce**
**POBox 830794**
**Birmingham, AL 35283-0794**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **SBA Loan**
**Disaster Covid -19 Ecoomic Injury**

Last 4 digits of account number **8108**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,821.24 |

**IDES**
**33 S State St**
**10th Fl**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2012**

Basis for the claim: **Unpaid Taxes with penalties and interest after audits**

Last 4 digits of account number **3874**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **In Home Personal Services, Inc.,** _____   Case number (if known) _____
Name

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,847.64** |
|---|---|---|---|

**IRS-Dept of the Treasury**

**Ogden, UT 84201-0039**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **9809**

Basis for the claim:  **Taxes Owed**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$80,725.00** |
|---|---|---|---|

**Leaf Capital Funding LLC**
**c/o Dressler & Peters LLC**
**101 W Grand Ste 494**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **4807**

Basis for the claim:  **Breach of contract (settlement agreement)**
**Leaf Capital Funding LLC v In Home Personal Services Inc and**
**Michael Collura**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,364.72** |
|---|---|---|---|

**Paychex Inc.,**
**c/o Bond Schoeneck & King LLC**
**30 Linden Oaks 3rd Floor**
**Rochester, NY 14625**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **11/2023**

Last 4 digits of account number  **2938**

Basis for the claim:  **Services-Payroll Processing Default**
**Judgement-breach of contract entered 3/21/24**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,611.64** |
|---|---|---|---|

**Proven IT**
**c/o Vericore**
**1015 Kincey Ave, Ste 100**
**Huntersville, NC 28078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **4201**

Basis for the claim:  **Collections**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,525.00** |
|---|---|---|---|

**Ryan & Juraska LLP**
**141 W Jackson Blvd**
**Chicago, IL 60604**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **Tax Yr 2021**

Last 4 digits of account number  _

Basis for the claim:  **Tax Services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66,844.00** |
|---|---|---|---|

**The PeoplEase Group**
**210 Wingo Way Ste 400**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **6/23**

Last 4 digits of account number  _

Basis for the claim:  **Unpaid Invoice**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,395.85** |
|---|---|---|---|

**United Collection Bureau Inc**
**5620 Southwyck Blvd**
**Toledo, OH 43614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **3629**

Basis for the claim:  **Collection agent for JP Morgan Chase Accdt ending**
**8700**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **In Home Personal Services, Inc.,** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CESC Covid EIDL Service Center**<br>**14925 Kingsport Rd**<br>**Fort Worth, TX 76155** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Paychex**<br>**911 Panorama Trl South**<br>**Rochester, NY 14625** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **SB**<br>**POBox 3918**<br>**Portland, OR 97208** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Spilotro Law Group**<br>**6160 N Cicero Ave**<br>**Ste 650**<br>**Chicago, IL 60646** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 3,509,818.91 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,509,818.91 |

| Fill in this information to identify the case: |
|---|
| Debtor name **In Home Personal Services, Inc.,** |
| United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) |

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **5301 E State Street Rockford Office space No. 215C Monthly cost 1,860.00 Expires 2/1/26**<br><br>**Abidon Inc** <br>**5301 E State St** <br>**Rockford, IL 61108** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **737.00 a month storage records and supplies**<br><br>**M/M**<br><br>**Extra Space Storage** <br>**2411 Randall Rd** <br>**Carpentersville, IL 60110** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease vehicle 1,566.43 a month**<br><br>**Matures 1/27/2027**<br><br>**Toyota Financial Services** <br>**POBox 4700** <br>**Phoenix, AZ 85030** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Service Agreement for onsite wellness services for Village Green residents 9 yrs remainng**<br><br>**Village Green Condo Assoc.** |

Debtor 1  **In Home Personal Services, Inc.,**                    Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **9 months remaining at 400.00 a month.** | |
|---|---|---|---|
| | State the term remaining | **9 months** | **Winding Creek Properties LLC Series One 110 E Lynn Blvd Sterling, IL 61081** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **In Home Personal Services, Inc.,**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Bowes Home and Hospice Inc.,** | **3506 Carlisle Rd Carpentersville, IL 60110** | **Paychex Inc.,** | ☐ D ____ <br> ☑ E/F __3.14__ <br> ☐ G ____ |
| 2.2 | **Michael Collura** | **3506 Carlise Ln Carpentersville, IL 60110** | **IRS-Dept of the Treasury** | ☐ D ____ <br> ☑ E/F __3.12__ <br> ☐ G ____ |
| 2.3 | **Michael Collura** | **3506 Carlisle Rd Carpentersville, IL 60110** | **Leaf Capital Funding LLC** | ☐ D ____ <br> ☑ E/F __3.13__ <br> ☐ G ____ |
| 2.4 | **Michael Collura** | **3506 Carlisle Rd Carpentersville, IL 60110** | **Dept of the Treasury** | ☐ D ____ <br> ☑ E/F __3.10__ <br> ☐ G ____ |
| 2.5 | **Michael Collura** | **3506 Carlisle Rd Carpentersville, IL 60110** | **United Collection Bureau Inc** | ☐ D ____ <br> ☑ E/F __3.18__ <br> ☐ G ____ |

| Debtor | **In Home Personal Services, Inc.,** | Case number *(if known)* |
|--------|-------------------------------------|--------------------------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Michael Collura** | **Toyota Financial Services** | ■ D   **2.1**<br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |
| 2.7 | **Michael Collura**<br>**3506 Carlisle Rd**<br>**Carpentersville, IL 60110** | **DCW** | ☐ D \_\_\_\_\_<br>■ E/F   **3.9**<br>☐ G \_\_\_\_\_ |

**Fill in this information to identify the case:**

Debtor name   **In Home Personal Services, Inc.,**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2024** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$1,473,718.50** |
| **For prior year:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$4,145,701.89** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Debtor   **In Home Personal Services, Inc.,**                                    Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Leaf Capital Funding LLC v In Home Personal Services Inc, and Michael Collura** 24 cv 807 | **Breach of Contract (settlement)** | **Illinois Northern District** 219 S Dearborn Chicago, IL 60605 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Paychex inc v In Home Personal Services, Inc** E2024002938 | **Breach of Contract Default Judgment 3/21/24** | **Supreme Court of New York, Monroe County** | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Debtor   **In Home Personal Services, Inc.,**                Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

---

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor   **In Home Personal Services, Inc.,**                                    Case number *(if known)* _____

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

### Healthcare Treatment and billing information

Does the debtor have a privacy policy about that information?

■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Extra Space Storage** **2411 Randall Rd** **Carpentersville, IL 60110** | **Michael Collura** | **Misc. records, office supplies and equipment and materials** | ☐ No ■ Yes |

Debtor    **In Home Personal Services, Inc.,**                              Case number *(if known)* _____

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| | | |

---

Debtor    **In Home Personal Services, Inc.,**                Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Ryan & Juraska LLP**<br>**141 W Jackson Blvd**<br>**Chicago, IL 60604** | **2020-2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Collura** | **3506 Carlisle Lane**<br>**Carpentersville, IL 60110** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor   **In Home Personal Services, Inc.,**                                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Michael Collura** | | | |
| | **Relationship to debtor**<br>**President** | | | |
| 30.2. | **Mimiel Collura** | | | |
| | **Relationship to debtor**<br>**Wife of President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 15, 2024**

**/s/ Michael Collura**                                    **Michael Collura**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor     **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207)** attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **In Home Personal Services, Inc.,**        Case No.

                Debtor(s)        Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **25,000.00** |
   | Prior to the filing of this statement I have received | $ | **25,000.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Preparation of schedules, motions, Chapter 11 plan and all services required or the Attorney's by the Debtor as Debtor in Possession**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 15, 2024**

*Date*

                  **/s/ James A.Young**

                  **James A.Young**
                  *Signature of Attorney*
                  **James Young Law**
                  **85 Market Street**
                  **Elgin, IL 60123**
                  **847-608-9526  Fax: 847-841-3672**
                  **jyoung@jamesyounglaw.com**
                  *Name of law firm*

**JAMES A. YOUNG LAW, LLC.**
85 MARKET STREET
ELGIN, IL 60123
Phone: 847.608.9526 Fax: 847.841.3672
jyoung@jamesyounglaw.com

BANKRUPTCY

REAL ESTATE

IMMIGRATION

May 17, 2024

## RETAINER/HOURLY RATE

In Home Personal Services, Inc. ("Client") desire to retain the **Law Offices of James Young Law** (" the Attorneys"), as legal representation and intend to create an attorney client relationship for the purpose of representing the Client in connection with a Chapter 11 Bankruptcy.

We are requesting an initial retainer in the amount of Twenty-Five Thousand (**$25,000.00**) Dollars. Out of which $1,738.00 will be used for the filing fee. Any retainer paid in advance by you now or in the future shall be considered earned upon deposit with credit given as the work is performed, subject to the bankruptcy court approval as necessary. The Attorney is not bound to take action and may not take any action including, but not limited to, filing any appearance or papers or making any Court appearances, until the initial retainer is paid in full. All filings will be paid out of the initial retainer amount. Either party may terminate the attorney-client relationship at any time, except that the attorney must do so consistent with the rules of Professional Responsibility and in the event of pending litigation, pursuant to such Court's rules and orders.

The Attorneys will bill all services (whether by members of the firm, associates, or of counsel attorneys) at an hourly rate of four Hundred ($400.00) dollars an hour. We reserve the right to increase the hourly rate for attorneys; and non- attorney personnel but we will notify you in advance of any increase. We may consult with specialty attorneys and if so, they will be billed to you at their normal rate.

All retainers described herein, including all future retainers, are expressly agreed to be "advance payment retainers" as described in **In Re: Production Associates, Ltd. 264 B.R. 180 (Bkrtcy. N.D. Ill 2001) and Dowling v. Chicago Options Associates, Inc., 2007 WL 128879 (Ill.).** The Attorneys will commingle the retainer and any future retainer immediately upon receipt with their general funds being obligated only to refund any amount equal to the unearned portion thereof, if any, promptly after the termination of the Attorneys services. Ordinarily, Client has option to request that the retainer be considered a "security retainer" where Client continues to have interest in these funds, but Client recognizes and agrees that Attorneys would not undertake representation on that basis. The Attorneys are obligated by *Dowling* case to advise Client of the reason they would decline to represent Client on a security retainer basis, and that reason is the Attorneys do not desire even to potentially compete with the creditors of Client on a security retainer basis.

## MONTHLY STATEMENT/ARREARAGES

All fees are subject to bankruptcy court approval after notice and hearing which you may appear and/or object. You will be invoiced on a monthly basis according to the terms herein, any time spent on your matter will be reflected in your billing. This will include time spent reviewing any documentation, drafting any correspondence or pleadings, or performing any research to help support any position we take on your behalf.

We are a Federal Debt Relief Law Firm that counsels individuals who seek legal relief under the Federal Bankruptcy Laws
Hablamos Español – Por favor llámenos al (847) 793-1031 para hablar con alguien en Español

**JAMES A. YOUNG LAW, LLC.**
85 MARKET STREET
ELGIN, IL 60123
Phone: 847.608.9526 Fax: 847.841.3672
jyoung@jamesyounglaw.com

BANKRUPTCY

REAL ESTATE

IMMIGRATION

May 17, 2024

It will also include time spent on the telephone with you or with any other person in connection with the matter you have entrusted to us. The minimum time expenditure billed for any phone call is one tenth of an hour.

Any costs expended on your behalf, such as filing fees I court, for services of a private investigator, or other similar costs will be added top your monthly billing to be paid as indicated above.

All of the above entries and costs will be itemized on your billing statement in detail. Please call me if you wish to discuss the billing or you have questions or concerns about the charges.

BANKRUPTCY

This fee expressly does not include any obligation on the Attorney to prosecute or defend any adversary proceedings or appeals (Additional Services), which may arise as a result of the Clients bankruptcy case. Anything herein to contrary both the Attorney and the Client will endeavor to be fair and reasonable with each other in all billing matters.

Section 527 information will be provided to the Client as part of this agreement.

BINDING  EFFECT

By signing below, you indicate that you understand our billing and wish us to undertake your representation on the matters which you have already or will in the future entrust us. A copy of this agreement should be kept for your records.

CHOICE OF LAW

This agreement shall be construed according to the laws of the State of Illinois  and the parties agree to submit to the jurisdiction of any state or federal court in Illinois.

**JAMES A. YOUNG LAW, LLC.**
85 MARKET STREET
ELGIN, IL 60123
Phone: 847.608.9526 Fax: 847.841.3672
jyoung@jamesyounglaw.com

**BANKRUPTCY**

**REAL ESTATE**

**IMMIGRATION**

May 17, 2024

Signature

/s/ James Young
James Young

Agreed:

In Home Personal Services Inc.,

_____

By:   _____
      Michael A. Collins

Dated:   _____5/17/20 24_____

## Disclosure Pursuant to 11 U.S.C. § 527(a)(2)

You are notified:

1. All information that you are required to provide with a petition and thereafter during a case under the Bankruptcy code is required to complete, accurate, and truthful.

2. All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case.  Some places in the Bankruptcy Code require that you list the replacement value of each asset.  This must be the replacement value of the property at the date of filing the petition, without deducting for costs of sale or marketing, established after a reasonable inquiry. For property acquired for personal, family or household use, replacement value means the price a retail merchant would charge for property of that kind, considering the age and condition of the property.

3. The following information, which appear of Official Form 22, Statement of Current Monthly Income, are required to be stated after reasonable inquiry; current monthly income, the amounts specified in section 707(b)(2), and, in a case under Chapter 13 of the Bankruptcy Code, disposable income(determined in accordance with section 707(b)(2)).

4. Information that you provide during your case may be audited pursuant to provisions of the Bankruptcy Code.  Failure to provide such information may result in the dismissal of the case under this title or other sanction, including criminal sanctions.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **In Home Personal Services, Inc.,**                                              Case No. _____

Debtor(s)                                          Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **June 15, 2024**                         Signature  **/s/ Michael Collura**

**Michael Collura**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re  **In Home Personal Services, Inc.,**

Debtor(s)

Case No.

Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    **35**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **June 15, 2024**

**/s/ Michael Collura**
**Michael Collura/President**
Signer/Title

Abidon Inc
5301 E State St
Rockford, IL 61108


Amos Financial LLC
3330 Skokie Valley Rd
Ste 301
Highland Park, IL 60035


AT&T
POBox 5080
Carol Stream, IL 60197


Bowes Home and Hospice Inc.,
3506 Carlisle Rd
Carpentersville, IL 60110


Burke Warren MacKay
330 N Wabash
Ste 2100
Chicago, IL 60611


CESC Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155


Chase
POBox 15298
Wilmington, DE 19850


Chase Bank
POBox 15298/
Wilmington, DE 19850-5298


Chase Bank
Attn BK Dept
POBox 15298
Wilmington, DE 19850


ClearCare
150 Spear St
Ste 1550
San Francisco, CA 94105

```
Comcast
POBox 4928
Oakbrook, IL 60522-4928


DCW
Data Center Warehouse
23041 Avenida De La Carlota Ste 325
Laguna Hills, CA 92653


Dept of the Treasury
Bureau of Fiscal Serivce
POBox 830794
Birmingham, AL 35283-0794


Extra Space Storage
2411 Randall Rd
Carpentersville, IL 60110


IDES
33 S State St
10th Fl
Chicago, IL 60603


IRS-Dept of the Treasury
Ogden, UT 84201-0039



Leaf Capital Funding LLC
c/o Dressler & Peters LLC
101 W Grand Ste 494
Chicago, IL 60654


Michael Collura
3506 Carlise Ln
Carpentersville, IL 60110


Michael Collura
3506 Carlisle Rd
Carpentersville, IL 60110


Michael Collura
3506 Carlisle Rd
Carpentersville, IL 60110
```

```
Michael Collura
3506 Carlisle Rd
Carpentersville, IL 60110


Michael Collura



Michael Collura
3506 Carlisle Rd
Carpentersville, IL 60110


Paychex
911 Panorama Trl South
Rochester, NY 14625


Paychex Inc.,
c/o Bond Schoeneck & King LLC
30 Linden Oaks 3rd Floor
Rochester, NY 14625


Proven IT
c/o Vericore
1015 Kincey Ave, Ste 100
Huntersville, NC 28078


Ryan & Juraska LLP
141 W Jackson Blvd
Chicago, IL 60604


SB
POBox 3918
Portland, OR 97208


Spilotro Law Group
6160 N Cicero Ave
Ste 650
Chicago, IL 60646


The PeoplEase Group
210 Wingo Way Ste 400
Mount Pleasant, SC 29464


Toyota Financial Services
POBox 4700
Phoenix, AZ 85030
```

```
Toyota Financial Services
POBox 4700
Phoenix, AZ 85030


United Collection Bureau Inc
5620 Southwyck Blvd
Toledo, OH 43614


Village Green Condo Assoc.


Winding Creek Properties LLC
Series One
110 E Lynn Blvd
Sterling, IL 61081
```

# United States Bankruptcy Court
### Northern District of Illinois

In re   **In Home Personal Services, Inc.,**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **In Home Personal Services, Inc.,**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 15, 2024**

Date

**/s/ James A.Young**

**James A.Young**

Signature of Attorney or Litigant

Counsel for   **In Home Personal Services, Inc.,**

**James Young Law**

**85 Market Street**
**Elgin, IL 60123**
**847-608-9526 Fax:847-841-3672**
**jyoung@jamesyounglaw.com**