UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: IN HOME PERSONAL SERVICES INC. )   Case No. 24 B 08842
)
)   Chapter 11
Debtor.    )

**ORDER SETTING SUBCHAPTER V STATUS CONFERENCE, CLAIMS
BAR DATE, AND DEADLINE FOR ELECTIONS UNDER 11 U.S.C. §1111(b)**

The above-referenced debtor has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code. To further the expeditious and economical resolution of this case, it is

**ORDERED:**

1. **Status Conference.** The Court will hold the status conference required by 11 U.S.C.§1188 on Tuesday, August 27, 2024, at 1:00 p.m. through Zoom for Government (See Judge Cox's webpage on the Clerk's Office website for Zoom login information). The Debtor, counsel for the Debtor, and the Subchapter V Trustee must appear at the status conference.

2. **Section 1188(c) Report.** At least 14 days before the date of the status conference, the Debtor must file the report required by 11 U.S.C. §1188(c), and serve that report on the Subchapter V Trustee, the United States Trustee, and all creditors and other parties in interest. That report shall be filed on or before [14 days before the status conference set above]. _____

3. **Claims bar date.** The deadline for entities other than governmental units to file proofs of claim or interest is August 9, 2024.

4. **Plan Deadline.** The deadline to file a plan is **September 17, 2024** unless the Court extends the deadline for reasons that are attributable to circumstances for which the Debtor should not justly be held accountable.

5. **Deadline for 1111(b) election.** Any secured creditor that wishes to make an election under 11 U.S.C. §1111(b) must do so no later than **14 DAYS** after the Debtor files a plan.

6. **Service.** The Office of the Clerk of the Bankruptcy Court is directed to serve a copy of this Order on the Debtor, the United States Trustee, all creditors, and all other parties in interest, and to file a certificate of service as required by Local Rule 7016-1.

Date: June 18, 2024

*Jacqueline P. Cox*
J. Cox

Jacqueline P. Cox
United States Bankruptcy Judge