# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: admin | Date Created: 6/18/2024 |
| Case: 24−08842 | Form ID: pdf010 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
tr     Janice H Seyedin     jseyedin@kennovakinc.com
aty    James A Young     jyoung@jamesyounglaw.com

                                            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     In Home Personal Services, Inc.,     3506 Carlisle Lane     Carpentersville, IL 60110
          Department of the Treasury, Internal Revenue Svc     P.O. Box 7346     Philadelphia, PA 19101
          Internal Revenue Service     Mail Stop 5014CHI, 230 South Dearborn St     Room 2600     Chicago, IL 60604

                                            TOTAL: 3