Form G-3 (20241101)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION      DIVISION

In re: In Home Personal Services Inc.,  ) Chapter 11
                                        )
                                        ) No. 24-8842
                                        )
         Debtor(s)                      ) Judge Jacqueline P. Cox

## NOTICE OF MOTION

TO: See attached list

    PLEASE TAKE NOTICE that on February 25, 2025, at 1:30 p.m, I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in that judge's place, **either** in courtroom 680 of the Everett McKinley Dirksen United States Courthouse 219 S. Dearborn Street, Chicago, IL 60604  **or** electronically as described below, and present the motion of Debtor Motion _____ [to/for] Debtor's Motion to File Late Claim for Creditor _____, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is 1612732896, and the passcode is 778135. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: James Young

James Young
James Young Law
85 Market Street
Elgin, Illinois 60123
847-608-9526
jyoung@jamesyounglaw.com

## CERTIFICATE OF SERVICE

I, James Young,

☒ an attorney, certify

- or -

☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on February 18, 2025, at 5:00 p.m.

James Young
[Signature]

*All applicable boxes must be checked and all blanks filled in.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| In Home Personal Services Inc., | ) | CHAPTER 11 |
| | ) | |
| | ) | CASE NO. 24-8842 |
| | ) | |
| Debtor(s) | ) | JUDGE Jacqueline Cox |

## MOTION FOR LEAVE TO FILE LATE CLAIM FOR CREDITOR

The Debtor(s), In Home Personal; Services Inc.,, by and through their attorney, James Young Law, to present their motion to file a claim on Behalf of Creditor Jacqueline C Esterline, and states as follows:

1.  This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a core proceeding under 28 U.S.C. 157(b)(2).hey filed the above captioned Chapter 13 Bankruptcy case on May 25, 2018.

2.  The Debtor filed his Petition of Relief and Plan under Chapter 11 of the US Bankruptcy act on June 15, 2024.

3  The Claims Bar date was August 9, 2024.

4.  Upon filing of the instant case Debtor was unaware of the claim from Jacqueline C Esterline. Ms. Esterline filed an Illinois Department of Labor claim and received a judgment in the amount of 15,000.00 and interest of 15,000.00 reaching a total claim of $30,000.00.

5.  Creditor Jacqueline C Esterline is entitled to file a claim for this debt.

6.  Attached as Exhibit A is a copy of the claim to be filed on behalf of Jacqueline C Esterline.

**WHEREFORE,** Debtor(s) In Home Personal Services, Inc., prays for an order Allowing the Debtor to file a claim on behalf of Creditor Jacqueline C Esterline and for further relief that the Court deems Just and proper.

Dated: February 18, 2025                    _____James Young_____
James A. Young, Attorney for Debtor
James A. Young Law
85 Market Street
Elgin, IL  60123
Tel. (847) 608-9526
Fax. (847) 695-3494
Attorney No. 6217342

Label Matrix for local noticing
0752-1
Case 24-08842
Northern District of Illinois
Eastern Division
Tue Sep 24 09:06:52 CDT 2024

BMO Bank N.A., c/o AIS Portfolio Services, L
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

In Home Personal Services, Inc.,
3506 Carlisle Lane
Carpentersville, IL 60110-3468

LEAF Capital Funding
c/o Kenneth Peters
Dressler Peters LLC
101 W Grand Ave., Suite 404
Chicago, IL 60654-7129

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

AT&T
POBox 5080
Carol Stream, IL 60197-5080

Abidon Inc
5301 E State St
Rockford, IL 61108-2901

Amos Financial LLC
3330 Skokie Valley Rd
Ste 301
Highland Park, IL 60035-1044

BMO Bank N.A.
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

BMO Bank N.A. c/o AIS Portfolio Services, LL
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City OK 73118-7901

Bowes Home and Hospice Inc.,
3506 Carlisle Rd
Carpentersville, IL 60110-3468

Burke Warren MacKay
330 N Wabash
Ste 2100
Chicago, IL 60611-3793

CESC Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155-2243

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

ClearCare
150 Spear St
Ste 1550
San Francisco, CA 94105-1540

Clingen Callow & McLean LLC
2300 Cabot Drive
Ste 500
Lisle, IL 60532-4612

Comcast
POBox 4928
Oakbrook, IL 60522-4928

DCW
Data Center Warehouse
23041 Avenida De La Carlota Ste 325
Laguna Hills, CA 92653-1545

Dept of the Treasury
Bureau of Fiscal Serivce
POBox 830794
Birmingham, AL 35283-0794

Extra Space Storage
2411 Randall Rd
Carpentersville, IL 60110-3436

IDES
33 S State St
10th Fl
Chicago, IL 60603-2804

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Illinois Department of Employment Security
33 S State St. 10th Flr
Chicago, IL 60603-2808

Inited States Attorney
Civil Process
219 S Dearborn St, Rm 500
Chicago, IL 60604-2029

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

LEAF Capital Funding, LLC
c/o Kenneth D. Peters
Dressler
Peters, LLC
101 W Grand Ave., Suite 404
Chicago, IL 60654-7129

Latimer LeVay Fyock LLC
55 W monroe St
Ste 1100
Chicago, IL 60603-5128

Leaf Capital Funding LLC
c/o Dressler & Peters LLC
101 W Grand Ste 494
Chicago, IL 60654-7172

Lunar House Studio
7330 Winthrop Way
Ste/Unit 18
Downers Grove, IL 60516-4077

Michael Collura
3506 Carlise Ln
Carpentersville, IL 60110-3468

Michael Collura
3506 Carlisle Rd
Carpentersville, IL 60110-3468

Northeast Investments LLC
c/o Amos Financial LLC
3330 Skokie Valley Road
Suite 301
Highland Park, IL 60035-1044

Paychex
911 Panorama Trl South
Rochester, NY 14625-2396

Paychex Inc.,
c/o Bond Schoeneck & King LLC
30 Linden Oaks 3rd Floor
Rochester, NY 14625

Paychex, Inc.
c/o Bond, Schoeneck & King, PLLC
Attn: Jeffrey D. Eaton, Esq.
One Lincoln Center
Syracuse, NY 13202-1306

PorteBrown
845 Oakton St
Elk Grove Village, IL 60007-1904

Proven IT
c/o Vericore
1015 Kincey Ave, Ste 100
Huntersville, NC 28078

Ryan & Juraska LLP
141 W Jackson Blvd
Chicago, IL 60604-3328

SB
POBox 3918
Portland, OR 97208-3918

Spilotro Law Group
6160 N Cicero Ave
Ste 650
Chicago, IL 60646-4307

The PeoplEase Group
210 Wingo Way Ste 400
Mount Pleasant, SC 29464-1819

Toyota Financial Services
POBox 4700
Phoenix, AZ 85030-4700

(p)U S SMALL BUSINESS ADMINISTRATION
ATTN BK NOTICES
332 S MICHIGAN AVE SUITE 600
CHICAGO IL 60604-4318

United Collection Bureau Inc
5620 Southwyck Blvd
Toledo, OH 43614-1501

United States Attorney
Civil Process
219 S Dearborn St, Fifth Floor
Chicago, IL 60604-1702

Winding Creek Properties LLC
Series One
110 E Lynn Blvd
Sterling, IL 61081-1085

James A Young
85 Market Street
Elgin, IL 60123-5083

Janice H Seyedin
Ken Novak & Associates
3356 Lake Knoll Dr.
Northbrook, IL 60062-6316

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Wellsky Corp.
d/b/a ClearCare Inc.,
11300 Switzer Rd
Overland, KS 66210

Jacqueline C. Esterline
4435 Preserve Dr
Apt 105
Melbourne Fl 32934

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase
POBox 15298
Wilmington, DE 19850

(d)Chase Bank
Attn BK Dept
POBox 15298
Wilmington, DE 19850

(d)Chase Bank
POBox 15298/
Wilmington, DE 19850-5298

IRS-Dept of the Treasury
Ogden, UT 84201-0039

U.S. Small Business Administration
332 S. Michigan Avenue, Suite 600
Chicago, IL 60604

Illinois Department of Labor
524 S 2nd St
ste 400
Springfield Il 62701

Illinois Department
160 N LaSalle St
Ste C-1300
Chicago Illinois 60601

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)KRD, Ltd.  (u)Michael Collura  (u)Village Green Condo Assoc.

End of Label Matrix
Mailable recipients  48
Bypassed recipients  3
Total  51

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| In Home Personal Services Inc., ) | CHAPTER 11 |
| ) | |
| ) | CASE NO. 24-8842 |
| ) | |
| Debtor(s) ) | JUDGE Jacqueline Cox |

## MOTION FOR LEAVE TO FILE LATE CLAIM FOR CREDITOR

The Debtor(s), In Home Personal; Services Inc.,, by and through their attorney, James Young Law, to present their motion to file a claim on Behalf of Creditor Jacqueline C Esterline, and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a core proceeding under 28 U.S.C. 157(b)(2).hey filed the above captioned Chapter 13 Bankruptcy case on May 25, 2018.

2. The Debtor filed his Petition of Relief and Plan under Chapter 11 of the US Bankruptcy act on June 15, 2024.

3  The Claims Bar date was August 9, 2024.

4. Upon filing of the instant case Debtor was unaware of the claim from Jacqueline C Esterline. Ms. Esterline filed an Illinois Department of Labor claim and received a judgment in the amount of 15,000.00 and interest of 15,000.00 reaching a total claim of $30,000.00.

5. Creditor Jacqueline C Esterline is entitled to file a claim for this debt.

6. Attached as Exhibit A is a copy of the claim to be filed on behalf of Jacqueline C Esterline.

**WHEREFORE,** Debtor(s) In Home Personal Services, Inc., prays for an order Allowing the Debtor to file a claim on behalf of Creditor Jacqueline C Esterline and for further relief that the Court deems Just and proper.

Dated: February 18, 2025               <u>     James Young                    </u>
James A. Young, Attorney for Debtor
James A. Young Law
85 Market Street
Elgin, IL  60123
Tel. (847) 608-9526
Fax. (847) 695-3494
Attorney No. 6217342

**Fill in this information to identify the case:**

Debtor 1: Jacqueline C Esterline

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 24-8842

Official Form 410

# Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Jacqueline C Eszterline
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor  _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Jacqueline C Esterline
Name

4435 Preserve Dr  Aot 105
Number       Street

Melbourne         Fl       32934
City              State    ZIP Code

Contact phone _____
Contact email  Jesterline200@gmail.com

Where should payments to the creditor be sent? (if different)

Name _____
Number       Street _____
City    State   ZIP Code
Contact phone _____
Contact email _____

Uniform claim identifier (if you use one):
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on ___/___/_____  MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

EX A.

Official Form 410                    Proof of Claim                    page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

6. Do you have any number you use to identify the debtor?
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim? $ 30,000.00. Does this amount include interest or other charges?
☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

Labor Claim

9. Is all or part of the claim secured?
☑ No
☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** $_____
   **Amount of the claim that is secured:** $_____

   **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $_____

   **Annual Interest Rate** (when case was filed) _____ %
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

11. Is this claim subject to a right of setoff?
☑ No
☐ Yes. Identify the property: _____

| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** |
|---|---|

☑ No

☐ Yes. *Check one:*                                         **Amount entitled to priority**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).  $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).  $_____

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).  $_____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).  $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).  $_____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.  $_____

\* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    02/18/2025
                         MM / DD / YYYY

        **James Young**
        Signature

**Print the name of the person who is completing and signing this claim:**

Name      **James Young**
              First name          Middle name          Last name

Title       _____

Company       _____
              Identify the corporate servicer as the company if the authorized agent is a servicer.

Address      **85 Market Street**
              Number     Street

              **Elgin**                                                 **IL**            **60123**
              City                                                 State       ZIP Code

Contact phone    **847-608-9526**                    Email **jyoung@jamesyounglaw.com**

Official Form 410                                                    **Proof of Claim**                                         page 3

**JAMES A. YOUNG LAW, LLC.**
85 MARKET STREET
ELGIN, IL 60123
Phone: 847.608.9526 Fax: 847.841.3672
jyoung@jamesyounglaw.com

BANKRUPTCY

REAL ESTATE

IMMIGRATION

February 18, 2025

Ally Bank c/o AIS Portfolio
4515 N Santa Fe Ave
Oklahoma City OK 73118

RE: In Re Maricela Magana
    BK Case No. 25-1651
    Reaffirmation

Attached please find the signed Reaffirmation.

Sincerely,

James Young
James Young Law
jyoung@jamesyounglaw.com

We are a Federal Debt Relief Law Firm that counsels individuals who seek legal relief under the Federal Bankruptcy Laws
Hablamos Español – Por favor llámenos al (847) 793-1031 para hablar con alguien en Español